FILED'18 JAN 10 09 22USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TUDOR DELCEY, )
)
        Plaintiff, )
) Civil Case No. 05-1728-PK
   v. )
) O R D E R
A-DEC, INC., an Oregon corporation, )
)
        Defendant. )
_____ )

Daniel Snyder
Matthew Lackey
1000 S.W. Broadway, Suite 2400
Portland, Oregon 97205

      Attorneys for Plaintiff

Paul Buchanan
P.K. Runkles-Pearson
Stoel Rives, LLP
900 S.W. Fifth Avenue, Suite 2600
Portland, Oregon 97204

      Attorneys for Defendant

Page 1 - ORDER

KING, Judge:

The Honorable Paul Papak, United States Magistrate Judge, filed Findings and Recommendation on December 5, 2007. Defendant filed timely objections to the Findings and Recommendation.

When either party objects to any portion of a magistrate's Findings and Recommendation concerning a dispositive motion or prisoner petition, the district court must make a de novo determination of that portion of the magistrate's report. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982). This court has, therefore, given de novo review of the Summary Judgment rulings of Magistrate Judge Papak.

This court ADOPTS the Findings and Recommendation of Magistrate Judge Papak dated December 5, 2007 in its entirety.

IT IS HEREBY ORDERED that A-Dec's Motion for Summary Judgment (#31) is GRANTED IN PART and DENIED IN PART.

DATED this ____9____ day of January, 2008.

/s/ Garr M. King
GARR M. KING
United States District Judge